UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MACK-UNIVERSITY, LLC, and PMP VENTURES-PIPES, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> JAMES HALSTEAD, *et al.*, <br><br> Defendants. <br><br>———————————————— <br> AND RELATED CASES. | Case No. SACV07-393 DOC (ANx) <br><br> (Consolidated with SACV07-591, SACV07-641, and SACV007-874) <br><br> Assigned to Hon. David O. Carter <br> Department 9D <br><br> **JUDGMENT AGAINST DEFENDANT MARC R. HALLIBURTON, INDIVIDUALLY AND DBA BELLASAIRE INVESTMENTS** <br><br> **[FRCP 58]** |

Pursuant to Federal Rule of Civil Procedure 58, and upon finding no just reason for delay, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Judgment be and is hereby entered in favor of the plaintiffs outlined below and against defendant Marc R. Halliburton in the following amounts:

| Plaintiff | Principal | Interest at 10% Per Annum From 1/1/07 | Principal and Interest |
|---|---|---|---|
| Maricela Dusky | $50,000.00 | $7,684.49 | $57,684.49 |
| Melissa Hansen | $50,000.00 | $7,684.49 | $57,684.49 |
| Salvador Sahagun | $50,000.00 | $7,684.49 | $57,684.49 |

Furthermore, post-judgment interest of 10% shall accrue on these amounts from the date of entry of this Judgment until paid in full.

IT IS SO ORDERED,

DATE: July 1, 2008

*/s/ David O. Carter*

U.S. DISTRICT COURT JUDGE