UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MACK-UNIVERSITY LLC, et al. <br><br> Plaintiffs, <br><br> vs. <br><br> JAMES HALSTEAD, et al., <br><br> Defendants. | Case No.: SACV07-393 DOC (ANx) <br><br> Assigned to Hon. David O. Carter <br> Department 9D <br><br> **CORRECTION TO JUDGMENT NUNC PRO TUNC AGAINST DEFENDANTS GAMEPLAN, INC. AND JAMES R. HALSTEAD** <br><br> **(INCLUDING AWARD OF PUNITIVE DAMAGES)** |

On August 20, 2008, after a hearing on August 18, 2008, the Court granted the motion of Consolidated Plaintiffs made under Rule 56 of the Federal Rules of Civil Procedure for summary judgment against Defendants James Halstead and GamePlan, Inc. as to all counts asserted against them, including claims for the violation of federal and California State securities laws and common law fraud and deceit in connection with the sale of securities. Furthermore, on September 3, 2008, after a hearing on that date, the Court also ordered that Consolidated Plaintiffs would be entitled to punitive damages as against Defendants James Halstead and GamePlan, Inc.

Pursuant to those orders and Federal Rule of Civil Procedure 58, and upon finding no just reason for delay, judgment was entered accordingly as set forth in Docket No. 224, along with prejudgment interest of 7% on the amount of

1

compensatory damages from January 1, 2007 to September 5, 2008, punitive damages, and post-judgment interest, cost and fees as allowed by law and as detailed in the Judgment.

Upon Ex Parte Application of Burnett Plaintiff, Global Solutions Consulting, Inc. (Global Solutions), the Court was made aware that Global Solutions was inadvertently omitted from the Judgment. In order to correct this error, the Court hereby amends the Judgment Nunc Pro Tunc to add Global Solutions. Therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be and is hereby entered in favor of Global Solutions Consulting, Inc. and against Defendants GAMEPLAN, INC. and JAMES R. HALSTEAD in the following amounts:

|  | **Principal** | **Prejudgment Interest** | **Punitive Damages** | **Total** |
|---|---|---|---|---|
| Global Consulting Solutions, Inc. | $25,000.00 | $0.00 | $0.00 | $25,000.00 |

ORDERED, ADJUDGED AND DECREED.

DATED: October 18, 2010

*David O. Carter*
HON. DAVID O. CARTER
U.S. DISTRICT COURT JUDGE